# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------------X
TENELLE WRIGHT,

Plaintiff,

- against -

TARGET CORPORATION,

Defendant.
-----------------------------------------------------------------------X

Index No.:
Date Purchased:
**SUMMONS**

Plaintiff designates Suffolk County as the place of trial.

The basis of venue is:
Place of occurrence

County of Suffolk

**To the abovenamed Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Garden City, New York
February 6, 2026

JOSEPH G. DELL
DELL & DEAN, PLLC
*Attorneys for Plaintiff*
*TENELLE WRIGHT*
1225 Franklin Avenue, Suite 360
Garden City, New York 11530
(516) 880-9700
File No. 7763

TO: TARGET CORPORATION – ***Via Secretary of State***
1000 Nicollet Mall
Minneapolis, Minnesota 55403

TARGET CORPORATION
1149 Sunrise Highway
Copiague, New York 11726

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---X

TENELLE WRIGHT,

Plaintiff,

- against -

TARGET CORPORATION,

Defendant.

---X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, **TENELLE WRIGHT,** by her attorneys **DELL & DEAN, PLLC**, complaining of the Defendant, **TARGET CORPORATION,** respectfully alleges, upon information and belief, as follows:

1. That at all times herein mentioned, Plaintiff **TENELLE WRIGHT** was, and still is, a resident of the County of Suffolk, State of New York.

2. That at all times herein mentioned, the Defendant **TARGET CORPORATION** was and still is a domestic corporation, a foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of New York.

3. That at all times herein mentioned, the Defendant **TARGET CORPORATION** maintained a principal place of business in the County of Suffolk, State of New York.

4. That on January 18, 2026, and at all times herein mentioned, the premises located at 1149 Sunrise Highway, Copiague, County of Suffolk, State of New York was owned and/or leased by Defendant **TARGET CORPORATION.**

5. That at all times herein mentioned, the Defendant **TARGET CORPORATION,** through their agents, servants, employees, and/or assigns, owned, operated, managed, maintained, possessed, supervised and controlled the premises, fixtures and appurtenances, located at 1149 Sunrise Highway, Copiague, County of Suffolk, State of New York.

6. That on January 18, 2026, and at all times herein mentioned, the above-mentioned premises, fixtures and appurtenances, was owned, operated, managed, maintained, possessed, supervised and controlled by Defendant **TARGET CORPORATION.**

7. That on January 18, 2026, and at all times herein mentioned, it was the duty of Defendant **TARGET CORPORATION** to own, operate, manage, maintain, control and supervise the premises, fixtures and appurtenances, located at 1149 Sunrise Highway, Copiague, in the County of Suffolk, State of New York, in a reasonably safe condition.

8. That at all times herein mentioned, Defendant **TARGET CORPORATION** had a non-delegable duty to maintain the premises in a reasonably safe condition and free of dangers and hazards to those persons lawfully thereat, including Plaintiff **TENELLE WRIGHT.**

9. That on January 18, 2026, Plaintiff's Decedent **TENELLE WRIGHT** was lawfully at the above-mentioned location.

10. That on January 18, 2026, while Plaintiff **TENELLE WRIGHT** was lawfully at the aforesaid location, she was caused to sustain severe and permanent injuries.

11. The above mentioned occurrence, and the results thereof, was caused wholly and solely by the negligence and breach of duty of the Defendant **TARGET CORPORATION** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises as follows: in the hiring, training

and retention of incompetent personnel; in the failure to keep the aforementioned premises in a reasonably safe condition from hazards, nuisances, trap-like conditions and otherwise dangerous conditions; in failing to properly hire, train and retain personnel at the aforesaid premises; in failing to operate a DC Cage Cart in a safe manner in Aisle R34 causing boxes of car seats to fall on Plaintiff; and the Defendant **TARGET CORPORATION** was otherwise negligent, careless and reckless.

12. The above mentioned occurrence, and the results thereof, were caused wholly and solely by the negligence and breach of duty of the Defendant **TARGET CORPORATION** and/or said Defendant's servants, agents, employees and/or licensees in the ownership, inspection, operation, management, maintenance and control of the aforesaid premises.

13. That no negligence on the part of the Plaintiff's Decedent **TENELLE WRIGHT** contributed to the occurrence alleged herein in any manner whatsoever.

14. That as a result of the foregoing, Plaintiff's Decedent **TENELLE WRIGHT** was caused to sustain serious injuries and to have suffered pain, shock; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff's Decedent **TENELLE WRIGHT** has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff's Decedent **TENELLE WRIGHT** was rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

15. By reason of the foregoing, Plaintiff's Decedent **TENELLE WRIGHT** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff **TENELLE WRIGHT** prays for judgment against the Defendant **TARGET CORPORATION** on behalf of the within Causes of Action in amounts which exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction herein, together with the costs and disbursements of this action.

Dated: Garden City, New York
February 6, 2026

Yours, etc.

JOSEPH G. DELL
DELL & DEAN, PLLC
*Attorneys for Plaintiff*
*TENELLE WRIGHT*
1225 Franklin Avenue, Suite 360
Garden City, New York 11530
(516) 880-9700

VERIFICATION

STATE OF New York )
)ss.:
COUNTY OF Nassau )

I, Tenelle Wright, being duly sworn, deposes and says:

I am the plaintiff in the within action;

I have read the following Summons & Complaint and believe the same be true is to my knowledge; the same is true to my knowledge except as to those matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

[signature]

Sworn to before me this
6th day of February, 2026
Donna M. Parent
Notary

DONNA M PARENT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA5008225
Qualified in Suffolk County
My Commission Expires 02-16-2027

Index No:
**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

---

TENELLE WRIGHT,

Plaintiff,

-against-

TARGET CORPORATION,

Defendant.

---

**SUMMONS AND VERIFIED COMPLAINT**

---

**DELL & DEAN, PLLC**
***Attorneys for Plaintiff***
**1225 Franklin Avenue, Suite 360**
**Garden City, New York 11530**
**(516) 880-9700**

---